# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Lauren Fleming

                Plaintiff,

v.                                  Case No.: 1:22–cv–04842

                                  Honorable LaShonda A. Hunt

Dr. Squatch, LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 18, 2024:

      MINUTE entry before the Honorable LaShonda A. Hunt: Defendant's Motion to Dismiss [14] is granted in part and denied in part. Enter Memorandum Opinion and Order. Defendant is ordered to file an answer to the surviving claims in Plaintiff's complaint by 5/16/24. The stay of proceedings [26] is lifted. Parties are to meet and confer for a Rule 26(f) scheduling conference and file a joint proposed discovery plan by 5/30/24. The Court will set additional deadlines after reviewing the filing. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.