# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Lauren Fleming

                    Plaintiff,

v.                                          Case No.: 1:22–cv–04842

                                                        Honorable LaShonda A. Hunt

Dr. Squatch, LLC

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 13, 2024:

      MINUTE entry before the Honorable Sheila M. Finnegan. Magistrate Judge telephone status hearing held on 8/13/2024 and continued to 10/15/2024 at 9:15 a.m. Plaintiff has issued Rule 26(a)(1) initial disclosures and written discovery. Defendant is to issue written discovery by 8/14/2024. The parties are conferring on a proposed plan to coordinate discovery in the five pending cases involving similar claims (this is the only federal lawsuit and there are four cases filed in state courts). The toll–free number for the hearing is 877–336–1831, access code 5995354. Participants are directed to keep their device muted when they are not speaking. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.